IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY L. FRISTOE, ) | |
| ) | Case No. 2:15-cv-2460-KJM-GGH-PS |
| Plaintiff, ) | |
| ) | **ORDER EXTENDING THE TIME** |
| v. ) | **FOR THE UNITED STATES OF** |
| ) | **AMERICA AND INTERNAL** |
| ANATA MANAGEMENT SOLUTIONS, LLC, ) | **REVENUE SERVICE TO RESPOND** |
| UNITED STATES OF AMERICA, and ) | **TO THE COMPLAINT** |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

      Defendants UNITED STATES OF AMERICA and INTERNAL REVENUE SERVICE and Plaintiff HOLLY L. FRISTOE ("Plaintiff") have jointly filed a stipulation extending the time for the United States of America and the Internal Revenue Service to respond to the Complaint for sixty (60) days.  The stipulation provides that counsel for the United States has not yet received the records necessary to respond to the Complaint and thus requests the additional time.

1

Pursuant to the stipulation between the parties, IT IS HEREBY ORDERED:

1. The stipulation between Defendants United States of America, Internal Revenue Service and Plaintiff Holly L. Fristoe is approved; AND

2. The deadline for defendants United States of America, Internal Revenue Service to respond to the Complaint is hereby extended from January 25, 2016 by sixty (60) days to March 25, 2016.

**IT IS SO ORDERED.**

Dated: January 29, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

/fris2460.eot