UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY FRISTOE,<br><br>             Plaintiff,<br><br>       v.<br><br>ANATA MANAGEMENT, LLC, et al.,<br><br>             Defendants. | No.  2:15-cv-2460 KJM GGH PS<br><br><br>ORDER |

Plaintiff is proceeding in this action pro se and has paid the filing fee.  Presently before the court, among other matters, is plaintiff's motion to file a sur-reply to the United States' motion to dismiss.  (ECF No. 26.)  The United States has now filed a response, not opposing plaintiff's request, but requesting leave to file a response to the sur-reply should plaintiff's request be granted.  (ECF No. 27.)

Accordingly, IT IS ORDERED that:

1. Plaintiff's motion for leave to file a sur-reply to the government's motion to dismiss (ECF No. 26), is granted;
2. Plaintiff shall file a sur-reply within **fourteen** days of this order;
3. The government may file a response to the sur-reply within **seven** days thereafter; and

////

////

1

4. Plaintiff's motion for leave to file a sur-reply is vacated from this court's calendar for June 14, 2016.

Dated: June 1, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Fristoe2460.sur-reply